**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Elijah Nahum SIMMONS,**
**Defendant–Appellant.**

**No. 12–12464**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Jan. 3, 2013.

Brian Tanner, James D. Durham, Karl I. Knoche, Frederick Kramer, III, James C. Stuchell, Edward J. Tarver, U.S. Attorney's Office, Savannah, GA, for Plaintiff–Appellee.

Christopher E. Chapman, Smith Welch Webb & White, LLC, Stockbridge, GA, for Defendant–Appellant.

Elijah Nahum Simmons, Jesup, GA, pro se.

Before MARCUS, PRYOR and KRAVITCH, Circuit Judges.

PER CURIAM:

Christopher E. Chapman, appointed counsel for Elijah Nahum Simmons in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Simmons's convictions and sentences are **AFFIRMED.**